# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Stephanie Salgado

                      Plaintiff,

v.                                           Case No.: 1:22−cv−06189

                                                      Honorable LaShonda A. Hunt

A−Alert Security Services, Inc.,, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 14, 2023:

      MINUTE entry before the Honorable LaShonda A. Hunt: Joint Motion for Court Order Approval of Settlement Agreement and Dismissal of Plaintiff's Amended Complaint [46] is granted. Order to follow. Civil case terminated. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.