**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STEPHANIE SALGADO, individually and on behalf of all others similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>)<br>A-ALERT SECURITY SERVICES, INC. )<br>and RICKEY MARTINEZ )<br>)<br>)<br>Defendants. ) | Case No.: 1:22-cv-06189<br><br>District Judge: Honorable LaShonda A. Hunt |

**ORDER**

This cause coming to be heard before the Court upon the parties' Joint Motion for Approval of Settlement and Dismissal of Plaintiff's Amended Complaint, the Court having considered said Joint Motion for Approval and Dismissal and the attached Settlement Agreement, and being duly advised in the premises, now approves the Parties' Settlement Agreement and grants the Parties' Joint Motion for Approval and Dismissal, and it is **ORDERED:**

(1) The Court approves the Parties' settlement and the Settlement Agreement, including the agreed award of attorneys' fees and costs, as fair, reasonable, and adequate and grants the Parties' joint Motion for Approval and Dismissal.

(2) The Court makes no finding as to Defendants' alleged liability, and notes that Defendants have made no admission of liability or any violation of law.

(3) The Court finds that the Settlement Agreement shall be binding on all parties to the Litigation and Settlement Agreement.

(4) Each party is to bear their own attorneys' fees, expenses, and costs unless otherwise expressly covered by the parties' Settlement Agreement. Other than set forth in the Settlement Agreement, no further fees or costs are awarded to any party.

(5) Upon entry of this Order Approving Settlement, the releases by Plaintiff as provided in the Settlement Agreement shall be effective and in full force and effect and binding on her.

(6) This action is dismissed in its entirety without prejudice. If no motion is filed regarding the Settlement Agreement within 30 days of the entry of this order, this Order automatically converts to a dismissal *with prejudice* in 30 days.

_____
Hon. LaShonda A. Hunt
United States District Court
for the Northern District of Illinois

DATE: August 14, 2023